Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LUIS APONTE and JENNIFER SELF,<br><br>Plaintiffs,<br><br>vs.<br><br>MASON COUNTY FIRE PROTECTION DISTRICT NO. 16 a/k/a WEST MASON FIRE,<br><br>Defendant. | No. 3:21-cv-5459-TSZ<br><br>ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT MASON COUNTY FIRE PROTECTION DISTRICT NO. 16 A/K/A WEST MASON FIRE<br>**JURY DEMAND** |

COMES NOW the Defendant Mason County Fire Protection District No. 16 ("Fire District"), by and through the undersigned attorneys, and hereby answers the Plaintiffs' Complaint as follows:

**I. ANSWER**

1.1 Answering paragraph 1.1 of the Complaint, the Fire District is without knowledge sufficient to form a belief as to the truth of the allegations made therein and, therefore, denies the same.

1.2 Answering paragraph 1.2 of the Complaint, the Fire District is without knowledge sufficient to form a belief as to the truth of the allegations made therein and, therefore, denies the same.

ANSWER AND AFFIRMATIVE DEFENSES - 1
3:21-cv-5459-TSZ
6861525.doc

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

1.3     Answering paragraph 1.3 of the Complaint, the Fire District admits it is a fire protection district formed under the laws of the State of Washington.  The remainder of this paragraph is denied.

1.4     Answering paragraph 1.4 of the Complaint, the Fire District admits.

1.5     Answering paragraph 1.5 of the Complaint, the Fire District is without knowledge sufficient to form a belief as to the truth of the allegations made therein and, therefore, denies the same.

1.6     Answering paragraph 1.6 of the Complaint, the Fire District denies as to subject matter jurisdiction over Causes of Action 3 and 4.  The remainder of paragraph 1.6 is admitted.

1.7     Answering paragraph 2.1 of the Complaint, the Fire District incorporates all of its previous admissions and denials thereto.

1.8     Answering paragraph 2.2 of the Complaint, the Fire District admits Plaintiff Aponte was a volunteer firefighter/EMT from approximately July 2018 to January 17, 2020.  The remainder of this paragraph is denied.

1.9     Answering paragraph 2.3 of the Complaint, the Fire District admits Plaintiff Self was a volunteer firefighter/EMT from approximately August 2019 to February 12, 2020.  The remainder of this paragraph is denied.

1.10    Answering paragraph 2.4 of the Complaint, including subsections 2.4.1 through 2.4.5, the Fire District admits.

1.11    Answering paragraph 2.5 of the Complaint, the Fire District admits that it required the Plaintiffs to be mentally and physically capable of responding to emergencies within their expertise.  The remainder of paragraph 2.5 is denied.

1.12    Answering paragraph 2.6 of the Complaint, the Fire District admits.

1.13    Answering paragraph 2.7 of the Complaint, the Fire District denies.

ANSWER AND AFFIRMATIVE DEFENSES - 2
3:21-cv-5459-TSZ
6861525.doc

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

1.14 Answering paragraph 2.8 of the Complaint, the Fire District admits.

1.15 Answering paragraph 2.9 of the Complaint, the Fire District avers the SOP Manual speaks for itself.

1.16 Answering paragraph 2.10 of the Complaint, the Fire District avers the SOP Manual speaks for itself. To the extent an answer is required, it is denied.

1.17 Answering paragraph 2.11 of the Complaint, the Fire District denies.

1.18 Answering paragraph 2.12 of the Complaint, the Fire District denies.

1.19 Answering paragraph 2.13 of the Complaint, the Fire District denies.

1.20 Answering paragraph 2.14 of the Complaint, the Fire District denies.

1.21 Answering paragraph 2.15 of the Complaint, the Fire District denies.

1.22 Answering paragraph 2.16 of the Complaint, the Fire District denies.

1.23 Answering paragraph 2.17 of the Complaint, the Fire District denies.

1.24 Answering paragraph 3.1 of the Complaint, the Fire District incorporates all of its previous admissions and denials thereto.

1.25 Paragraph 3.2 of the Complaint contains a statement of plaintiffs' legal position, to which no answer is required. To the extent an answer is required, the Fire District denies the same.

1.26 Answering paragraph 3.3 of the Complaint, the Fire District denies.

1.27 Answering paragraph 3.4 of the Complaint, the Fire District denies.

1.28 Answering paragraph 3.5 of the Complaint, the Fire District denies.

1.29 Answering paragraph 3.6 of the Complaint, the Fire District denies.

1.30 Answering paragraph 3.7 of the Complaint, the Fire District denies.

1.31 Answering paragraph 4.1 of the Complaint, the Fire District incorporates all of its previous admissions and denials thereto.

ANSWER AND AFFIRMATIVE DEFENSES - 3
3:21-cv-5459-TSZ
6861525.doc

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

1.32  Answering paragraph 4.2 of the Complaint, the Fire District admits.

1.33  Answering paragraph 4.3 of the Complaint, the Fire District denies.

1.34  Answering paragraph 4.4 of the Complaint, the Fire District denies.

1.35  Answering paragraph 4.5 of the Complaint, the Fire District denies.

1.36  Answering paragraph 4.6 of the Complaint, the Fire District denies.

1.37  Answering paragraph 4.7 of the Complaint, the Fire District denies.

1.38  Answering paragraph 5.1 of the Complaint, the Fire District incorporates all of its previous admissions and denials thereto.

1.39  Answering paragraph 5.2 of the Complaint, the Fire District denies.

1.40  Answering paragraph 5.3 of the Complaint, the Fire District denies.

1.41  Answering paragraph 5.4 of the Complaint, the Fire District denies.

1.42  Answering paragraph 6.1 of the Complaint, the Fire District incorporates all of its previous admissions and denials thereto.

1.43  Paragraph 6.2 of the Complaint contains a statement of plaintiffs' legal position, to which no answer is required. To the extent an answer is required, the Fire District denies the same.

1.44  Paragraph 6.3 of the Complaint contains a statement of plaintiffs' legal position, to which no answer is required. To the extent an answer is required, the Fire District denies the same.

1.45  Answering paragraph 6.4 of the Complaint, the Fire District denies.

1.46  Answering paragraph 6.5 of the Complaint, the Fire District denies.

1.47  Answering paragraph 6.6 of the Complaint, the Fire District denies.

ANSWER AND AFFIRMATIVE DEFENSES - 4
3:21-cv-5459-TSZ
6861525.doc

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

1.48     The remainder of the Complaint contains the plaintiffs' prayer for relief, to which no answer is required.  However, the Fire District denies that plaintiffs are entitled to any of the relief sought therein.

## II.  AFFIRMATIVE DEFENSES

By way of further answer and as affirmative defense to the Complaint, the Fire District alleges as follows:

2.1     Plaintiffs have failed to state a claim upon which relief can be granted.

2.2     Plaintiffs have unclean hands.

2.3     Plaintiffs' damages, if any, were caused in whole or in part by their own fault and/or negligence.

2.4     The court lacks jurisdiction over the subject matter.

2.5     The relevant statute of limitations may have expired.

2.6     Plaintiffs have failed to mitigate their damages.

2.7     Plaintiffs' damages, if any, are barred by the doctrines of equitable estoppel and/or waiver.

2.8     Plaintiffs received payment.

2.9     Plaintiffs' damages, if any, are barred by accord and satisfaction.

2.10    Plaintiffs may have committed misrepresentation and/or fraud.

## III.  RESERVATION OF RIGHTS

3.1     The Fire District expressly reserves the right to plead further answer, affirmative defenses, counterclaims, cross-claims, and/or third-party claims as investigation and discovery may warrant.

## IV.  DEFENDANT'S PRAYER FOR RELIEF

Pursuant to the above, the Fire District respectfully requests the following relief:

ANSWER AND AFFIRMATIVE DEFENSES - 5
3:21-cv-5459-TSZ
6861525.doc

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

4.1     Dismissal of the Plaintiffs' complaint with prejudice;

4.2     An award of defendant's reasonable attorneys' fees and costs;

4.3     Leave to Amend the Answer to conform to the proof discovered or established at trial; and

4.4     Any other relief the Court finds just and equitable under the circumstances.

DATED this 23rd day of July, 2021.

                LEE SMART, P.S., INC.

By: */s Carinne E. Bannan*
    Steven G. Wraith, WSBA No. 17364
    Carinne E. Bannan, WSBA No. 52564
    Lee Smart, P.S., Inc.
    701 Pike St, Ste 1800
    Seattle, WA 98101
    (206) 262-8300
    sgw@leesmart.com
    ceb@leesmart.com
    Of Attorneys for Defendant
    Mason County Fire Protection District No. 16
    a/k/a West Mason Fire

## CERTIFICATE OF SERVICE

I certify that on the date shown below a copy of the foregoing was served by electronic service through the Court's CM/ECF application on the following:

Mr. Andrew P. Green
Green & Wilmot, PLLC
1919 N Pearl St Ste B-3
Tacoma, WA 98406
andy@green-wilmot.com

DATED this 23rd day of July, 2021.

                */s/ Vonnie Fredlund*
                Vonnie Fredlund, Legal Assistant

ANSWER AND AFFIRMATIVE DEFENSES - 6
3:21-cv-5459-TSZ
6861525.doc



701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com